1
2
3
4
5
6
7
8
9
10



FILED
NOV - 9 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CORTNEY VOGLEMAN, <br><br> Defendant. | Case No. ED 09-256 M <br><br> ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • UNKNOWN BAIL RESOURCES • Alleged offense / Supervised Release Violation

1

1  • ABSCONDED FROM SUPERVISION
2  • RECENT DRUG USE
3  and/or
4  B.   (✓)  The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This
7  finding is based on:
8  • CRIMINAL HISTORY
9
10                                                                                       .
11
12       IT THEREFORE IS ORDERED that the defendant be detained pending the
13  further revocation proceedings.
14
15  DATED: 11/9/09
16
17
18
19                        DAVID T. BRISTOW
                          UNITED STATES MAGISTRATE JUDGE